UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VOAGE,<br><br>                            Plaintiff,<br><br>v.<br><br>DR. SHPANER, et. al,<br><br>                           Defendants. | Case No.:  21CV420-WQH (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE**<br><br>**[ECF No. 118]** |

A videoconference Mandatory Settlement Conference was held on January 17, 2025 during which the case settled.  ECF No. 116.

On January 21, 2025, the Court issued an Order Confirming Settlement and Setting Deadline to File Joint Motion for Dismissal requiring the parties to file their joint motion for dismissal of this case no later than March 25, 2025.  ECF No. 117 (emphasis omitted).  The Court further ordered that the if the fully executed joint motion for dismissal was not filed by March 25, 2025, then all counsel of record and unrepresented parties would be required to appear in person for a Settlement Disposition Conference on April 1, 2025.  Id. at 2 (emphasis omitted).

On March 27, 2025, that parties filed a Joint Motion to Continue Settlement Disposition Conference.  ECF No. 118.  The parties seek to continue the Settlement Disposition Conference

to May 15, 2025 or later.  Id. at 2.  In support, the parties state that

> [g]ood cause exists to continue the hearing as the parties have diligently worked to finalize the settlement paperwork, but the process is taking longer than expected. Plaintiff, unfortunately, had to deal with some health issues in recent weeks. Moreover, additional time is needed for the parties to come to an agreement about language in the settlement paperwork with respect to Plaintiff's status as a Medi-Cal/Medi-Care beneficiary.

Id. at 1-2.  Good cause appearing, the parties' motion is **GRANTED**.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **May 15, 2025**.  A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day.  If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **May 15, 2025**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **May 22, 2025** at **9:30 a.m.** in **Courtroom 3D**.

If counsel of record or any unrepresented party fails to appear at the status conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  3/28/2025

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.